IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV63

| | |
|---|---|
| TECHNOLOGY PARTNERS, INC., ) <br> A North Carolina Corporation, and ICR DATA ) <br> CENTER, LLC, a North Carolina Limited ) <br> Liability Company, ) <br> ) <br>   Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> IOANNIS PAPAIOANNOU, ) <br> ) <br>   Defendant. ) <br> ) | ORDER |

This matter is before the Court upon Plaintiffs' Motion to Stay and Motion to Amend Case Management Plan (Doc. No. 38). For good cause shown,

IT IS THEREFORE ORDERED that Plaintiffs' motion is GRANTED. Discovery and all proceedings in this case are hereby STAYED pending the Court's decision on Plaintiffs' Motion to Disqualify Counsel (Doc. No. 27).

Signed: December 21, 2015

Graham C. Mullen
United States District Judge